UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK EDWARD KLOPP,

Defendant.

**INDICTMENT**

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2253(b)
18 U.S.C. § 2423(b)
21 U.S.C. § 853(p)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Distribution of Child Pornography)**

On or about March 26, 2025, in the State and District of Minnesota and elsewhere, the defendant,

**DEREK EDWARD KLOPP,**

did knowingly distribute a visual depiction, using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by cellular telephone and computer device, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| Mar. 26, 2025 | A video file approximately 21 seconds in duration depicting a prepubescent boy engaged in a sexual act |

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT 2**
**(Travel With Intent to Engage in Illicit Sexual Conduct)**

Between on or about August 7, 2024, through August 9, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**DEREK EDWARD KLOPP**,

traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct, to wit: second-degree criminal sexual conduct pursuant to Minnesota law, all in violation of 18 U.S.C. § 2423(b).

**FORFEITURE ALLEGATIONS**

If convicted of the offense alleged in Count 1 in this Indictment, defendant **DEREK EDWARD KLOPP** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to, (1) an Apple iPhone 16 Pro Max, S/N 350773430808004.

If convicted of the offense alleged in Count 2 in this Indictment, defendant **DEREK EDWARD KLOPP** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428(a), (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

The property subject to forfeiture includes, but is not limited to, (1) an Apple iPhone 16 Pro Max, S/N 350773430808004.

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by

Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

| | |
|---|---|
| ______________________________ | ______________________________ |
| UNITED STATES ATTORNEY | FOREPERSON |